IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TERRANCE SIMPSON                                          PLAINTIFF

VS.                                    CIVIL ACTION NO. 5:07-CV-159-DCB-JMR

SOCIAL SECURITY COMMISSIONER                             DEFENDANT


<u>JUDGMENT</u>

This matter having come on to be heard on this date upon the Report and

Recommendation of the Chief United States Magistrate Judge entered in this cause, and the

Court, after a full review of the record, having adopted said Report and Recommendation as the

finding of this Court by Order dated this day, finds that Plaintiff's Motions [4-1], [5-1], [7-1], and

[9-1] should all be dismissed as premature and untimely. The Motion [10-1] for Temporary

Restraining Order may be pursued in accordance with the Federal Rules of Civil Procedure.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Plaintiff's Motions [4-1],

[5-1], [7-1] and [9-1] are dismissed as premature and untimely. Plaintiff may reassert the

arguments contained in the motions once he has satisfied the requirements of Federal Rule of

Civil Procedure 4. The Motion [10-1] for Temporary Restraining Order may be pursued in

accordance with the Federal Rules of Civil Procedure.

SO ORDERED, this the __5th__ day of ___December_____, 2007.


__s/ David Bramlette_____
UNITED STATES DISTRICT JUDGE