UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

TERRANCE SIMPSON                                                         PLAINTIFF

VERSUS                                   CIVIL ACTION NO. 5:07cv159-DCB-JMR

SOCIAL SECURITY COMMISSIONER                                       DEFENDANT

### FINAL JUDGMENT

This matter having come before the Court on the Magistrate Judge's Report and Recommendation [docket entry no. 35] that the plaintiff's case be dismissed for failure to exhaust his administrative remedies, and the Court's having adopted said Report and Recommendation in its entirety, accordingly:

**IT IS HEREBY ORDERED AND ADJUDGED** that the action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED**, this the 19th day of November 2008.


                                        s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE